Case 1:19-cv-04381-LMM Document 7 Filed 10/11/19 Page 1 of 2
Case 1:19-cv-04381-LMM Document 2 Filed 09/30/19 Page 2 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-cv-4381

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **CAR PROTECTION USA D/B/A CLEAR PATH**
was received by me on *(date)* **10/01/19** .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **ROBERT HILL, Registered agent - c/o Nick Wilson**, who is designated by law to accept service of process on behalf of *(name of organization)* **Office Associate** **CAR PROTECTION USA D/B/A CLEAR PATH** on *(date)* **10/7/19** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ **0.00** for travel and $ **60.00** for services, for a total of $ **60.00** .

I declare under penalty of perjury that this information is true.

Date: **10/10/19**

*Server's signature*

Richard Steiber, Registered Process Server
*Printed name and title*

14271 Jeffrey Road, Suite 308
Irvine, CA 92620
(949) 295-8028
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset

AO 440 (Rev. 06/12) Summons in a Civil Action

Civil Action No. 1:19-cv-4381

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____,
a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*: _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: _____     _____
                            *Server's signature*

                            _____
                            *Printed name and title*

                            _____
                            *Server's address*

Additional information regarding attempted service, etc: