AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-cv-4381

CAR PROTECTION USA D/B/A CLEAR PATH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **JOHN DAVIS**
was received by me on *(date)* **10/01/19**.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Nick Wilson , Office Associate**, who is designated by law to accept service of process on behalf of *(name of organization)* **JOHN DAVIS** on *(date)* **10/7/19** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ **0.00** for travel and $ **60.00** for services, for a total of $ **60.00**.

I declare under penalty of perjury that this information is true.

Date: **10/10/19**

*Server's signature*

Richard Steiber, Registered Process Server
*Printed name and title*

14271 Jeffrey Road, Suite 308
Irvine, CA 92620
(949) 295-8028
*Server's address*

Additional information regarding attempted service, etc:

Print   Save As   Reset

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Georgia

| | | |
|---|---|---|
| PAULA FOOTE, on behalf of herself and others similarly situated, | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) | Civil Action No. 1:19-cv-4381 |
| CAR PROTECTION USA D/B/A CLEAR PATH and JOHN DAVIS | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* John Davis
999 Corporate Drive, Suite 100
Ladera Ranch, CA 92694

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Steven H. Koval, The Koval Firm, LLC
3575 Piedmont Road
Building 15, Suite 120
Atlanta, GA 30305
(404) 513-6651

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN

*CLERK OF COURT*

Date: 09/30/2019

s/Beverly Gutting

*Signature of Clerk or Deputy Clerk*